UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YOK

_____

CHESTER T. OLSZEWSKI,

                        Plaintiff,


  v.                                                                                      Civil Action No. 1:11-CV-952

NCO FINANCIAL SYSTEMS, INC.,

                        Defendant.

_____

## NOTICE OF VOLUNTARY DISMISSAL

**PLEASE TAKE NOTICE**, that pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff, Chester T. Olszewski, hereby voluntarily dismisses this action, with prejudice, against Defendant, NCO Financial Systems, Inc.


Dated:  December 29, 2011

s/Brad J. Davidzik
Brad J. Davidzik, Esq.
Jeffrey Freedman Attorneys at Law
Attorneys for Plaintiff
424 Main Street, Suite 622
Buffalo, New York 14202
Telephone: 716.856.7091
Facsimile:  716.856.7097